**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LACEY ANN GREEN, | No. 17-35346 |
| Plaintiff-Appellant, | D.C. No. 3:15-cv-02316-JO |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Robert E. Jones, District Judge, Presiding

Submitted April 6, 2020[**]

Before:    TROTT, SILVERMAN, and TALLMAN, Circuit Judges

Lacy Green appeals the district court's order affirming the Social Security

Administration's denial of Green's applications for disability benefits.  We have

jurisdiction pursuant to 28 U.S.C. § 1291.  We review the district court de novo

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and the agency for substantial evidence and legal error. *Garrison v. Colvin*, 759 F.3d 995, 1009-10 (9th Cir. 2014). We affirm.

The ALJ erred by not specifically asking the vocational expert whether his opinion was consistent with the Dictionary of Occupational Titles (DOT). *Massachi v. Astrue*, 486 F.3d 1149, 1153 (9th Cir. 2007). However, there is no conflict between the DOT and the vocational expert's opinion or Green's social limitations. The DOT specifically provides that a small products assembler position involves no significant interaction with other people. *Dictionary of Occupational Titles* § 706.684-011 (4th ed.1991). Therefore, the procedural error is harmless. *Massachi*, 486 F.3d at 1154 n.19.

**AFFIRMED.**